**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7112**

ABDU-SALIM GOULD,

Plaintiff - Appellant,

v.

LESLIE BESS, Shift Sergeant; TRINITRA LEE-BOONE; CORPORAL AMBROSE; TYRONE PUGH, Dorm Officer,

Defendants - Appellees,

and

TOWNSHIP OF WINDSOR; BERTIE-MARTIN COUNTY REGIONAL JAIL BOARD OF COMMISSIONERS,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:17-ct-03136-BO)

Submitted: November 21, 2019                    Decided: November 26, 2019

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Abdu-Salim Gould, Appellant Pro Se. Rudolph Alexander Garcia-Gallont, James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdu-Salim Gould seeks to appeal the district court's order denying his pretrial motions for default judgment, to compel discovery, and for a protective order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Gould seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*